Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael J. Ellis
Timothy J. Ohms
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMANTHA MARIE TAINEWASHER (a/k/a "Samantha Marie Howard"), <br><br> Defendant. | **1:21-CR-2029-SAB** <br> INDICTMENT <br><br> Vio: 18 U.S.C. §§ 1112, 1153 <br> Crime on Indian Reservation <br> Involuntary Manslaughter |

The Grand Jury charges:

Between on or about March 27, 2020, and on or about March 29, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, SAMANTHA MARIE TAINEWASHER (a/k/a "Samantha Marie Howard"), an Indian, acting with gross negligence, did proximately and unlawfully cause the death of S.R., to wit: the Defendant allowed S.R., a minor child, to be in an area the Defendant knew to contain blue pills the Defendant believed to consist of Fentanyl, and the

INDICTMENT – 1

Defendant knew that such conduct was a threat to the life of S.R. and knew of circumstances that would reasonably cause the Defendant to foresee that such conduct might be a threat to the life of S.R., all in violation of 18 U.S.C. §§ 1112, 1153.

DATED this 20th day of July, 2021.

*[signature]*
Joseph H. Harrington
Acting United States Attorney

*[signature]*
Michael J. Ellis
Assistant United States Attorney

*[signature]*
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 2