RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

DOUGLAS E. McKINLEY, JR.
Law Offices of Douglas E. McKinley, Jr.
8350 W Grandridge Blvd, Ste 200-431
Kennewick Washington 99336
Phone 509-628-0809
fax 509-392-8083

Attorneys for Defendant
Samantha Marie Tainewasher

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA MARIE TAINEWASHER, <br><br> Defendant. | NO. 1:21-CR-2029-SAB <br><br> MOTION *IN LIMINE* RE EXPERT TESTIMONY <br><br> DATE: December 15, 2021 <br> TIME: 2:30 P.M. |

TO:        CLERK OF THE COURT, Eastern District of Washington;
AND TO:    MICHAEL J. ELLIS, Assistant United States Attorney; and
AND TO:    TIMOTHY J. OHMS, Assistant United States Attorney.

MOTION *IN LIMINE* RE EXPERT TESTIMONY -
Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

**COMES NOW** SAMANTHA TAINEWASHER by her attorneys, Richard A. Smith of *Smith Law Firm* and Douglas E. McKinley, Jr. of *Law Offices of Douglas E. McKinley, Jr.*, and moves this Court *in limine* to exclude or limit portions of the proposed expert testimony of Stacey L. Hail, MD, FACMT.

The Government filed its notice of expert testimony on August 31, 2021 [ECF 32]. The notice identifies the Government's intent to call Stacey L. Hail, MD, FACMT, as a witness to testify as to the cause of S.R.'s death. In conjunction with the Government's notice, a report was produced by Dr. Hail. The report of Dr. Hail includes a section titled "Pertinent Case Details/Timeline". The report is filed separately under seal as Exhibit A. It is this portion of the Government's notice to which the defendant objects.

The "pertinent case details/timeline" is Dr. Hail's recitation of information gleaned from law enforcement reports and unrelated to a physiological determination of the cause of death. (*See* Exhibit A, Bates number 0000000282-284.)

An expert is not permitted to simply parrot testimonial out-of-court statements. *U.S. v. Gomez*, 725 F.3d 1121 (9th Cir. 2013) quoting *United States v. Johnson*, 587 F.3d 625 (4th Cir. 2009). The Government's notice states, in essence that Dr. Hail is expected to testify that S.R. would not have died on March 29, 2020, but for the fentanyl found in his blood. [ECF 32 at 7.] Her recitation of "Pertinent Case Details/ Timeline" is testimony at hearsay unrelated to the cause of S.R.'s death and should be excluded.

Federal Rule of Evidence 703 allows an expert to formulate an opinion based on facts or data which are "reasonably relied upon by experts in the particular field informing opinions or inferences upon the subject …". Fed. R. Evid. 703. Rule 703 requires a court to ask two questions when evaluating otherwise admissible evidence.

MOTION *IN LIMINE* RE EXPERT TESTIMONY -
Page 2

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

The first question is "whether the facts are of a type reasonably relied on by experts in the particular field". *Bauman v. Centex Corp.*, 611 F.2d 1115, 1120 (5th Cir. 1980). The second question is whether the probative value of the underlying data substantially outweighs its prejudicial affect. Fed. R. Evid. 703, 338 F.3d 1058 (9th Cir. 2003).

The proposed timeline is unconnected to the cause of death S.R. It simply parrots testimonial out-of-court statements and is more prejudicial than probative.

For all these reasons the testimony of Stacey L. Hail, MD, FACMT, should be prohibited.

DATED this 18th day of November 2021.

                         Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA #15127
Smith Law Firm

/s/ Douglas E. McKinley, Jr.
DOUGLAS E. McKINLEY, JR.
Law Offices of Douglas E. McKinley, Jr.

MOTION *IN LIMINE* RE EXPERT TESTIMONY -
Page 3

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on November 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. On August 12, 2021, I emailed a copy of the foregoing with Michael J. Ellis and Timothy J. Ohms.

/s/ Lugene Borba
Lugene Borba
Paralegal

MOTION *IN LIMINE* RE EXPERT TESTIMONY -
Page 4

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108