**RICHARD A. SMITH, WSBA 15127**
**SMITH LAW FIRM**
314 No. Second Street
Yakima, WA  98901
Telephone:  509-457-5108

**DOUGLAS E. McKINLEY, JR., WSBA 20806**
Law Offices of Douglas E. McKinley, Jr.
8350 W Grandridge Blvd, Ste 200-431
Kennewick Washington 99336
Phone 509-628-0809
fax 509-392-8083

Attorneys for Defendant
Samantha Marie Tainewasher

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAMANTHA MARIE TAINEWASHER,<br><br>　　　　　　　Defendant. | NO.  1:21-CR-2029-SAB<br><br>MOTION TO ALLOW FILING OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE MOTION IN LIMINE [ECF 45] AND DEFENDANT'S REQUEST FOR A DAUBERT HEARING<br><br>DATE:　　April 27, 2022<br>TIME:　　11:00 A.M. |

MOTION TO ALLOW FILING OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE MOTION IN LIMINE [ECF 45] AND DEFENDANT'S REQUEST FOR A DAUBERT HEARING - Page 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108

**TO:** CLERK OF THE COURT, Eastern District of Washington;
**AND TO:** MICHAEL J. ELLIS, Assistant United States Attorney; and
**AND TO:** TIMOTHY J. OHMS, Assistant United States Attorney.

**COMES NOW** SAMANTHA TAINEWASHER by her attorneys, Richard A. Smith of *Smith Law Firm* and Douglas E. McKinley, Jr. of *Law Office of Douglas E. McKinley*, and moves the Court to allow Defendant to file her reply to the Government's response to motion in limine re: expert testimony [ECF 45].

## I.     INTRODUCTION.

The Government filed its Notice of Expert Testimony [ECF 32] on August 31, 2021.  After the filing the case was continued to January 3, 2022 [ECF 42].  The Defendant filed her Motion in Limine RE: Expert Testimony on November 18, 2021 [ECF 43].  The Government filed its response [ECF 45] on November 24, 2021.  The Defendant prepared her reply to the Government's response for filing and filed her Motion to Continue the Trial Date on November 29, 2021 [ECF 49].  The Court entered its order continuing the case to May 9, 2022, on December 2, 2021 [ECF 52]. Through inadvertence and mistake, the defendant's reply was not filed.  Defense Counsel Richard Smith believed the reply had been filed and was alerted to the fact the reply was not filed on April 11, 2022.  The reply is filed with this motion to allow the late filing based upon inadvertence and mistake.

On March 30, 2022, the Defense filed its responses to Government's notices [ECF 54 and ECF 55].  The Government in turn filed its responses on April 6, 2022 [ECF 57 and 58].  On April 4, 2022, Defense Counsel Richard Smith spoke by telephone with AUSA Michael Ellis and asked if Mr. Ellis intended to have Dr. Hail appear at the pre-trial hearing based upon his belief the Defendant's reply to the Government's response and request for *Daubert* hearing had been filed.  Counsel

MOTION TO ALLOW FILING OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE MOTION IN LIMINE [ECF 45] AND DEFENDANT'S REQUEST FOR A DAUBERT HEARING - Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108

agreed that if Dr. Hail's testimony were deemed necessary her appearance could be scheduled at a later date. This conversation was based on Defense Counsel's belief the reply had been filed and the AUSA's natural understanding based upon the only pleadings filed at that time.

The reply was prepared in December and through mistake or inadvertence was not filed at that time. The latest the reply should have been filed was March 30, 2022. Defense Counsel discovered the fact the pleading had not been filed while preparing for the pre-trial hearing currently set for April 27, 2022. Counsel now requests the Court allow the filing for hearing on April 27, 2022. As the pleading is a reply to the Government's response [ECF 45] no further pleadings are required. The Court can then determine the necessity for a *Daubert* hearing at the April 27, 2022 pre-trial conference consistent with Counsel's discussion, if it so chooses.

DATED this 11th day of April 2022.

                                    Presented by:

                                    */s/ Richard A. Smith*
                                    RICHARD A. SMITH, WSBA #15127
                                    SMITH LAW FIRM

                                    */s/ Douglas E. McKinley, Jr.*
                                    DOUGLAS E. McKINLEY, Jr.
                                    WSBA #20806
                                    Law Offices of Douglas E. McKinley, Jr.

MOTION TO ALLOW FILING OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE MOTION IN LIMINE [ECF 45] AND DEFENDANT'S REQUEST FOR A DAUBERT HEARING - Page 3

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury of the laws of the State of Washington that on April 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

                                     */s/ Lugene Borba*
                                       Lugene Borba
                                       Paralegal

MOTION TO ALLOW FILING OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE MOTION IN LIMINE [ECF 45] AND DEFENDANT'S REQUEST FOR A DAUBERT HEARING - Page 4

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108