FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMANTHA MARIE TAINEWASHER,<br><br>      Defendant. | No. 1:21-CR-02029-SAB-1<br><br>**ORDER RE: MOTIONS IN LIMINE** |

  A hearing was held in the above-captioned matter on May 4, 2022 in Yakima, Washington. Richard Smith and Douglas McKinley appeared on behalf of Defendant Samantha Marie Tainewasher, who waived her presence at the hearing. Michael Ellis and Timothy Ohms appeared on behalf of the United States of America.

  For the reasons stated at the hearing, the Court denied Ms. Tainewasher's Motions in Limine regarding expert testimony and Rule 404(b) evidence. *See* ECF Nos. 43, 54. The Court reserved its ruling on Defendant's Motion in Limine regarding Rule 902(11) evidence for trial, ECF No. 55, and scheduled argument on the pending Motion to Dismiss, ECF No. 56. This Order memorializes the Court's ruling.

//
//
//
//

**ORDER RE: MOTIONS IN LIMINE** - 1

Accordingly, it is **HEREBY ORDERED**:

1. Defendant's Motion in Limine re: Expert Testimony, ECF No. 43, is **DENIED**.

2. Defendant's Motion in Limine re: Evidence Rule 404(b), ECF No. 54, is **DENIED**.

3. Defendant shall file any Renewed Motion to Dismiss Case by **May 13, 2022**. The Government shall file any response brief to the Motion by **May 25, 2022**. Defendant shall file any reply brief by **June 2, 2022**.

4. Defendant shall file any motion regarding the witness testimony discussed at the hearing by **May 18, 2022**. The Government shall file any response brief to the motion by **May 25, 2022**. Defendant shall file any reply brief by **May 31, 2022**.

5. The hearing on Defendant's Motion to Dismiss Case, ECF No. 56, is **RESET** for the pretrial conference on **June 7, 2022** at **8:15 a.m.** in **Yakima**, Washington.

6. Disposition of Defendant's Motion in Limine re: Evidence Rule 902(11), ECF No. 55, is reserved for trial.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 5th day of May 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: MOTIONS IN LIMINE** - 2