FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMANTHA MARIE TAINEWASHER,<br><br>　　　　　　　　Defendant. | No. 1:21-CR-02029-SAB<br><br>**ORDER SETTING TRIAL DATE, PRETRIAL CONFERENCE, AND BRIEFING DEADLINES** |

　　　　Beginning on August 29, 2022, a four-day jury trial was held in the above-captioned case. On September 1, 2022, the Court declared a mistrial. Subsequently, the Court set a new trial date and briefing deadlines on the issue of double jeopardy. This Order memorializes the Court's oral ruling.

　　　　Accordingly, it is **HEREBY ORDERED**:

　　　　1.　　A jury trial is **SET** for **November 7, 2022**, at **9:00 a.m.** in **Yakima**, Washington.

　　　　2.　　A pretrial conference and motion hearing is **SET** for **November 2, 2022**, at **3:00 p.m.** in **Yakima**, Washington.

　　　　3.　　Defendant shall file any motion to dismiss, or similar motion on the matter of double jeopardy, on or before **September 30, 2022**.

　　　　4.　　The United States shall file any response brief to the motion on or before **October 7, 2022**.

　　　　5.　　Defendant shall file any reply brief on or before **October 12, 2022**.

**ORDER SETTING TRIAL DATE, PRETRIAL CONFERENCE, AND BRIEFING DEADLINES** *1

6.  Defendant's Motion in Limine re: Government's Second Notice Pursuant to Federal Rule of Evidence 404(b), ECF No. 123, is **DENIED**.

7.  Defendant's Motion to Dismiss Case Under Federal Rule of Criminal Procedure 29, ECF No. 155, is **DISMISSED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 1st day of September 2022.



Stanley A. Bastian
Chief United States District Judge