Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Timothy J. Ohms
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV -9 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMANTHA MARIE
TAINEWASHER
(a/k/a "Samantha Marie Howard") and
CALVIN JAMES HUNT,

Defendants.

Case No. 2:21-CR-02029-SAB

SUPERSEDING INDICTMENT

Vios: 18 U.S.C. §§ 1112, 1153
Crime on Indian Reservation
Involuntary Manslaughter
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(C)
Possession with Intent to
Distribute Fentanyl
(Count 2)

21 U.S.C. §§ 843(b), (d)(1), 2
Use of a Communications
Facility in the Commission of
a Drug Felony
(Counts 3–4)

21 U.S.C. § 853
Forfeiture Allegations

SUPERSEDING INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about or between March 27, 2020, and March 29, 2020, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendants, SAMANTHA MARIE TAINEWASHER (a/k/a "Samantha Marie Howard") and CALVIN JAMES HUNT, Indians, acting with gross negligence, did proximately and unlawfully cause the death of S.R., to wit: the Defendants allowed S.R., a minor child, to be in an area, to wit: a camper-trailer on property located at 10891 West Wapato Road, the Defendants knew to contain pills and residue from the use of pills the Defendants believed contained and had reason to believe contained fentanyl, and the Defendants knew that such conduct was a threat to the life of S.R. and knew of circumstances that would reasonably cause the Defendants to foresee that such conduct might be a threat to the life of S.R., all in violation of 18 U.S.C. §§ 1112, 1153.

## COUNT 2

On or about or between March 26, 2020, and March 29, 2020, in the Eastern District of Washington, the Defendant, CALVIN JAMES HUNT, knowingly possessed with intent to distribute a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about or between February 25, 2020, and March 27, 2020, in the Eastern District of Washington, the Defendant, CALVIN JAMES HUNT, did knowingly and intentionally use a communication facility, to wit: Facebook Messenger, in facilitating the commission of an act constituting a felony under 21 U.S.C. §§ 841(a)(1), 846, to wit: possession with the intent to distribute,

SUPERSEDING INDICTMENT – 2

distribution of and attempted distribution of controlled substances, to wit: a mixture or substance containing a detectable amount of fentanyl and heroin, and did aid and abet the same, all in violation of 21 U.S.C. §§ 843(b), (d)(1), 2.

## COUNT 4

On or about or between April 23, 2020 and June 9, 2020, in the Eastern District of Washington, the Defendant, SAMANTHA MARIE TAINEWASHER (a/k/a "Samantha Marie Howard"), did knowingly and intentionally use a communication facility, to wit: Facebook Messenger, in facilitating the commission of an act constituting a felony under 21 U.S.C. §§ 841(a)(1), 846, to wit: possession with the intent to distribute, distribution of and attempted distribution of controlled substances, to wit: a mixture or substance containing a detectable amount of fentanyl, methamphetamine and heroin, and did aid and abet the same, all in violation of 21 U.S.C. §§ 843(b), (d)(1), 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction for an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and/or 21 U.S.C. § 843(b), (d)(1), as set forth in Superseding Indictment, the Defendants, SAMANTHA MARIE TAINEWASHER (a/k/a "Samantha Marie Howard") and CALVIN JAMES HUNT, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

SUPERSEDING INDICTMENT – 3

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this 9th day of November, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

*Timothy Ohms*
Timothy J. Ohms
Assistant United States Attorney

SUPERSEDING INDICTMENT – 4