# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

| | |
|---|---|
| USA v. SAMANTHA MARIE TAINEWASHER | Case No. 1:21-CR-2029-SAB-1 |

Yakima Video Conference (ACE @ Richland; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

## Arrangement on Superseding Indictment:          11/16/2022

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Michael Ellis and Timothy Ohms, US Attys |
| ☒ | Sara Gore, Courtroom Deputy [S] | ☒ | Richard Smith and Douglas McKinley, Jr., Defense Attys |
| | | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☐ in custody USM ☒ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☐ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☒ | Conditions of release as previously imposed |
| ☐ | Defendant received copy of charging document | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that their true and correct name is: SAMANTHA MARIE TAINEWASHER.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.

    Defense objects to the filing of this Superseding Indictment but will address that via the Motion to Dismiss that is being considered by Chief Judge Bastian after this hearing.

    Defense advised and USA concurs, if and when co-defendant is arrested, a no contact order should be entered between the two defendants.

**The Court ordered:**
1. Conditions of release previously heard and determined. *Pre-existing conditions of release* will remain in full force.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions,

including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.