FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>SAMANTHA MARIE TAINEWASHER;<br>and CALVIN JAMES HUNT,<br><br>               Defendants. | Nos. 1:21-CR-02029-SAB-1<br>      1:21-CR-02029-SAB-2<br><br>**PROTECTIVE ORDER** |

      Before the Court is the United States of America's Motion for Protective Order, ECF No. 303. The Court finds good cause exists to enter the proposed Protective Order regulating disclosure of discovery Bates numbers 10000084 – 10000084.45 and confidential information contained therein to counsel for Defendants. Accordingly, it is **HEREBY ORDERED**:

      1.    The United States of America's Motion for Protective Order, ECF No. 303, is **GRANTED**.

      2.    The United States is authorized to disclose discovery Bates numbers 10000084 – 10000084.45 and confidential materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

      3.    Counsel for the Defendants shall hold the discovery materials in confidence, disclosing this information to his or her client, office staff, investigators, and/or witnesses (including any experts) only to the extent he or she believes is necessary to assist in the defense of this matter.

**PROTECTIVE ORDER** *1

4.  Counsel for the Defendants shall advise any person to whom the discovery materials are disclosed that the information must be held in confidence and the recipient may not further disclose or disseminate the information without further order of the Court.

5.  Discovery in this matter will be made available to defense counsel via access to a case file on USA File Exchange or through a diskette containing a copy of the discovery. If necessary, to review discovery with his or her client, counsel for the Defendant may download the discovery and duplicate only once. Discovery materials may not be left in the possession of the Defendants. In order to provide discovery to a necessary third-party vendor, consultant, and/or anticipated fact or expert witness, defense counsel may duplicate the discovery only once. No other copies shall be made, by defense counsel or the Defendants, without prior approval from this Court.

6.  Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendants shall retrieve and destroy all copies of the Discovery, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

7.  Government personnel and counsel for the Defendants shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 26th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**PROTECTIVE ORDER *2**