IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2023

SEAN F. McAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SAMANTHA MARIE TAINEWASHER,
    Defendant.

Nos. 1:21-CR-02029-SAB-1
      1:21-CR-02029-SAB-2

**VERDICT FORM**

1. WE, THE JURY in the above-captioned case, find the defendant,

SAMANTHA MARIE TAINEWASHER, __Guilty__
                                                  (Guilty) / Not Guilty)

of the offense of Involuntary Manslaughter.

2. WE, THE JURY in the above-captioned case, find the defendant,

SAMANTHA MARIE TAINEWASHER, __Guilty__
                                                  (Guilty) / Not Guilty)

of the offense of Use of a Communications Facility in the Commission of a Drug Felony.

DATED this __16__ day of __November__, 2023.

███████████████
PRESIDING JUROR