FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMANTHA MARIE TAINEWASHER; and CALVIN JAMES HUNT,<br><br>    Defendants. | No. 1:21-CR-02029-SAB<br><br>**ORDER DENYING MOTIONS FOR ACQUITTAL** |

A motion and sentencing hearing were held in the above-mentioned matter on May 28, 2024 in Yakima, Washington. Defendant Tainewasher was present, out-of-custody, and represented by Richard A. Smith and Douglas E. McKinley, Jr. Defendant Hunt was present, in custody, and represented by Ulvar W. Klein. The United States was represented by Michael Ellis and Timothy Ohms. Pending before the Court were Defendants' respective Motions for Acquittal, ECF Nos. 346 and 347.

At the hearing, the Court heard oral argument on the motions. For the reasons stated on the record, the motions were denied, and the Court proceeded to sentencing. This Order memorializes the Court's oral rulings.

//
//
//
//

**ORDER DENYING MOTIONS FOR ACQUITTAL # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Hunt's Motion for Acquittal Despite Conviction as to Count 1, ECF No. 346, is **DENIED**.

2. Defendant Tainewasher's Motion for Judgment of Acquittal After Jury Verdict and Unopposed Motion for Leave to File Additional Briefing, ECF No. 347, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office.

**DATED** this 30th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTIONS FOR ACQUITTAL # 2**