PROB 12C
(6/16)

Report Date: September 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Samantha Marie Tainewasher | Case Number: 0980 1:21CR02029-SAB-1 |
| Address of Offender: ███████████, Wapato, Washington 98951 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 28, 2024 | |
| Original Offense: Ct. 1: Crime on Indian Reservation Involuntary Manslaughter, 18 U.S.C. §§ 1112 and 1153<br>Ct. 2: Use of a Communications Facility in the Commission of a Drug Felony, 21 U.S.C. §§ 843(b), (d)(1), and 2 | |
| Original Sentence: Prison - Credit for Time Served (8 days)<br>Supervised Release - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael Ellis | Date Supervision Commenced: May 28, 2024 |
| Defense Attorney: Federal Defenders | Date Supervision Expires: May 27, 2027 |

## PETITIONING THE COURT

To incorporate the below additional violations with the pending petition before the Court.

Ms. Tainewasher's supervised release conditions were reviewed with her on June 5, 2024. The offender signed her conditions of supervision, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Tainewasher is alleged to be in violation of her conditions of supervised release by consuming marijuana on or before September 23, 2024.<br><br>On September 26, 2024, Ms. Tainewasher reported to the probation office. This officer asked if she could provide a random drug test. Ms. Tainewasher stated her sample would be positive for marijuana and admitted to consuming marijuana on September 23, 2024. |

Prob12C
**Re: Tainewasher, Samantha Marie**
**September 27, 2024**
**Page 2**

| | | |
|---|---|---|
| | 9 | **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** Ms. Tainewasher is alleged to be in violation of her conditions of supervised release by failing to attend her scheduled intensive outpatient treatment group on September 24, 2024.

On September 26, 2024, this officer received an incident report from Merit Resource Services (Merit) advising Ms. Tainewasher was a no call/no show for her scheduled treatment group on September 24, 2024. Per the incident report, Ms. Tainewasher will need to contact Merit by October 1, 2024, or her file will be closed.

On September 26, 2024, Ms. Tainewasher reported to the probation office. This officer asked why she missed her treatment group at Merit on September 24, 2024. She stated she did not feel like going as there is "too much going on."

The U.S. Probation Office respectfully recommends the Court incorporate the above violations with the petition pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/27/2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
Re: Tainewasher, Samantha Marie
September 27, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____9/27/2024_____
Date