PROB 12C
(6/16)

Report Date: October 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Marie Tainewasher        Case Number: 0980 1:21CR02029-SAB-1

Address of Offender: ███████████████ , Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 28, 2024

| | |
|---|---|
| Original Offense: | Ct. 1: Crime on Indian Reservation Involuntary Manslaughter, 18 U.S.C. §§ 1112 and 1153<br>Ct. 2: Use of a Communications Facility in the Commission of a Drug Felony, 21 U.S.C. §§ 843(b), (d)(1), and 2 |
| Original Sentence: | Prison - Credit for Time Served (8 days)<br>Supervised Release - 36 months |
| Asst. U.S. Attorney: | Michael Ellis |
| Defense Attorney: | Federal Defenders |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 28, 2024

Date Supervision Expires: May 27, 2027

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/24/2024, and  09/27/2024.

Ms. Tainewasher's supervised release conditions were reviewed with her on June 5, 2024. The offender signed her conditions of supervision, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence:** Ms. Tainewasher is alleged to be in violation of her conditions of supervised release by failing to attend her scheduled intensive outpatient treatment group on September 25, 2024.<br><br>On October 7, 2024, this officer received a status report from Merit Resource Services (Merit) reflecting Ms. Tainewasher's attendance for the month of September. Per the status report, Ms. Tainewasher was a no show for her substance abuse group on September 25, 2024. |

Prob12C

Re: Tainewasher, Samantha Marie
October 28, 2024
Page 2

| | | |
|---|---|---|
| 11 | | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Ms. Tainewasher is alleged to be in violation of her conditions of supervised release by failing to show for random drug testing at Merit as directed on September 26, 2024.

On October 7, 2024, this officer received a status report from Merit reflecting Ms. Tainewasher's attendance for the month of September. Per the status report, Ms. Tainewasher was a no show for random drug testing on September 26, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the above violations with the petition pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/28/2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

10/28/2024
Date