PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 31, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Samantha Marie Tainewasher  Case Number: 0980 1:21CR02029-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 28, 2024

| | |
|---|---|
| Original Offense: | Ct. 1: Crime on Indian Reservation Involuntary Manslaughter, 18 U.S.C. §§ 1112 and 1153<br>Ct. 2: Use of a Communications Facility in the Commission of a Drug Felony, 21 U.S.C. §§ 843(b), (d)(1), and 2 |
| Original Sentence: | Prison - Credit for Time Served (8 days)<br>Supervised Release - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Michael Ellis |
| Defense Attorney: | Federal Defenders |

Date Supervision Commenced: May 28, 2024

Date Supervision Expires: May 27, 2027

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 24, September 27, and October 28, 2024.

Ms. Tainewasher's supervised release conditions were reviewed with her on June 5, 2024. The offender signed her conditions of supervision, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Ms. Tainewasher is alleged to be in violation of her conditions of supervised release by consuming a controlled substance, cocaine, on before or after October 28, 2024.<br><br>On October 30, 2024, Ms. Tainewasher appeared before U.S. Magistrate Judge Ekstrom for an initial appearance on supervised release petitions. Prior to court, Ms. Tainewasher admitted to the below said officer and her assigned counsel she consumed cocaine on October 28, 2024. This officer requested Ms. Tainewasher submit to a random drug test. |

Prob12C

Re: Tainewasher, Samantha Marie
October 31, 2024
Page 2

A random drug test was collected and tested positive for cocaine. This officer had Ms. Tainewasher sign a drug use admission form. To be noted, Ms. Tainewasher's urine sample tested negative for all other substances.

The U.S. Probation Office respectfully recommends the Court incorporate the above violation with the petitions pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/31/2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/31/2024
Date